THE PEOPLE OF THE STATE OF NEW YORK ex rel. WALTER R. BARLING, Appellant, *v.* THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.

*People ex rel. Barling* v. *Board of Education, New York City,* 150 App. Div. 900, affirmed.
(Argued June 3, 1912; decided June 18, 1912.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 12, 1912, which affirmed an order of Special Term denying a motion for a peremptory writ of mandamus to compel the defendant to certify to payrolls of the relator as an employee in the department of education of the city of New York.

*Jacob L. Holtzmann* for appellant.

*Archibald R. Watson, Corporation Counsel* (*Terence Farley* and *Charles McIntyre* of counsel), for respondent.

Order affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, HISCOCK, CHASE and COLLIN, JJ. Absent: WILLARD BARTLETT, J.